UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| v. | : | Crim. No. 19-3397 |
| JOSEPH SANTIAMO | : | <u>SUBSTITUTION OF ATTORNEY</u> |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Melissa M. Wangenheim, Assistant U.S. Attorney (melissa.wangenheim@usdoj.gov), in substitution for Brian Urbano, Assistant U.S. Attorney, who previously appeared in this matter.

          CRAIG CARPENITO
          United States Attorney

          <u>/s/ Melissa M. Wangenheim</u>
          By: Melissa M. Wangenheim
          Assistant U.S. Attorney

Dated:    November 19, 2019