RECEIVED

DECEMBER 9, 2020

At: 8:30_____.m

WILLIAM T. WALSH

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **WAIVER OF INDICTMENT** |
| v. | : | Criminal No: 20-1047-01 (MAS) |
| JOSEPH SANTIAMO | : | |

I, JOSEPH SANTIAMO, the above-named defendant, who is charged with conspiring to distribute controlled substances, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), in violation of Title 21, United States Code, Section 846, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive via video conference on December 9, 2020, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JOSEPH SANTIAMO
Defendant

_____
Chad D. Seigel, Esq.
Counsel for Defendant

Before: ___*Mashipp*___
Honorable Michael A. Shipp
United States District Judge